NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NERY EDER ZAMBRANO, )
 )
　　　Appellant, )
 )
v. )　　　Case No. 2D17-1650
 )
STATE OF FLORIDA, )
 )
　　　Appellee. )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


　　　Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.